# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: )
    Barry Anthony Smith ) Chapter __13__
)
    Susan Poole Smith ) Case Number __20-10488__
)
        Debtor(s) )

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1 __Barry Anthony Smith__

   Employer __Augusta Richmond County__

   Dates of Pay Advices: From __1/3/2020__ To __4/24/2020__

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   [ ] Debtor 1 was not employed.

   [ ] Debtor 1's source of income was from Social Security.

   [ ] Debtor 1 was self-employed.

2. Debtor 2 (Spouse) __Susan Poole Smith__

   Employer _____

   Dates of Pay Advices: From _____ To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   [ ] Debtor 2 was not employed.

   [X] Debtor 2's source of income was from Social Security.

   [ ] Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

s/Angela McElroy-Magruder  5/14/2020     s/Barry Anthony Smith  5/14/2020
Signature of Attorney for Debtor(s)  Date     Signature of Debtor 1  Date

Angela McElroy-Magruder     s/Susan Poole Smith  5/14/2020
Name of Attorney     Signature of Debtor 2 (if applicable)  Date

Tran_Pay_Adv [Rev. 12/17]

| YEAR TO DATE | 1,233.21 | 990.66 | 795.50 | EXEMPTIONS ADDL TAX | 0 0.00 | 0 0.00 | DLIF | 6.40 | 6.40 |

| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 60.0 | 986.56 | 986.56 | FICA | 65.82 | 65.82 |
| VAC USE | 15.0 | 246.65 | 246.65 | FIT | 53.30 | 53.30 |
|  |  |  |  | SIT | 37.75 | 37.75 |
|  |  |  |  | MEDI | 15.39 | 15.39 |

| PRE-TAX DED | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PLAN1 E1 | 102.83 | 102.83 | PLAN1 E1 | 367.52 | 367.52 |
| OGMEBS8 | 70.91 | 70.91 | OGMEBS8 | 75.23 | 75.23 |
| AFLAC PT | 58.93 | 58.93 | FICA | 65.82 | 65.82 |
| EYEMEDB1 | 6.15 | 6.15 | MEDI | 15.39 | 15.39 |
| METLIFE1 | 3.73 | 3.73 | METLIFE1 | 14.03 | 14.03 |
|  |  |  | LIFE | 7.37 | 7.37 |
|  |  |  | LTD | 2.90 | 2.90 |
|  |  |  | PLAN1 EF | 0.00 | 0.00 |
|  |  |  | PPO-EF | 0.00 | 0.00 |
|  |  |  | LIFE 64 | 0.00 | 0.00 |
|  |  |  | Other | 0.00 | 0.00 |

VACATION HOURS: ACCR 6.93  USED 15.00  BAL 71.23  SICK LEAVE HOURS: ACCR 3.70  USED 0.00  BAL 89.30
COMP-TIME HRS: BAL 0.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
|  |  | 795.50 |

EFT NO. 01147816

| DATE | NET AMOUNT |
|---|---|
| 01/03/20 | ******795.50 |

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

SECURITY FEATURES INCLUDED. DETAILS ON BACK

REMITTANCE

| YEAR TO DATE | 2,482.86 | 1,996.82 | 1,602.80 | EXEMPTIONS ADDL TAX | 0 0.00 | 0 0.00 | DLIF | 6.40 | 12.80 |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE | | | |
| REGULAR | 68.5 | 1,126.33 | 2,112.89 | FICA | 66.84 | 132.66 | | | |
| VAC USE | 7.5 | 123.32 | 369.97 | FIT | 54.85 | 108.15 | | | |
| | | | | SIT | 38.64 | 76.39 | | | |
| | | | | MEDI | 15.63 | 31.02 | | | |

| | PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| | PLAN1 E1 | 102.83 | 205.66 | PLAN1 E1 | 367.52 | 735.04 |
| | OGMEBS8 | 71.85 | 142.76 | OGMEBS8 | 76.23 | 151.46 |
| | AFLAC PT | 58.93 | 117.86 | FICA | 66.84 | 132.66 |
| | EYEMEDE1 | 6.15 | 12.30 | MEDI | 15.63 | 31.02 |
| | METLIFE1 | 3.73 | 7.46 | METLIFE1 | 14.03 | 28.06 |
| | | | | LIFE | 7.37 | 14.74 |
| | | | | LTD | 2.94 | 5.84 |
| | | | | 08GMEBS | 0.00 | 0.00 |
| | | | | GMEBSOLD | 0.00 | 0.00 |
| | | | | LIFE 64 | 0.00 | 0.00 |
| | | | | Other | 0.00 | 0.00 |

VACATION HOURS:  ACCR 6.93  USED 7.50  BAL 70.67    SICK LEAVE HOURS:  ACCR 3.70  USED 0.00  BAL 93.00
COMP-TIME HRS: BAL 0.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| | | 807.30 |

EFT NO. 01150493

| DATE | NET AMOUNT |
|---|---|
| 01/17/20 | ******807.30 |

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

SECURITY FEATURES INCLUDED DETAILS ON BACK

EFT REMITTANCE

| CURRENT | 1,233.20 | 1,182.22 | 222.21 | EXEMPTIONS | 0 | 0 | DLIF | 0.00 | 12.80 |
|---|---|---|---|---|---|---|---|---|---|
| YEAR TO DATE | 3,716.06 | 3,159.11 | 2,552.67 | ADDL TAX | 0.00 | 0.00 | | | |

| ARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| EGULAR | 60.0 | 986.56 | 3,099.45 | FICA | 76.46 | 209.12 |
| AC USE | | | 369.97 | FIT | 70.46 | 178.61 |
| ICK USE | 15.0 | 246.64 | 246.64 | SIT | 47.62 | 124.01 |
| | | | | MEDI | 17.88 | 48.90 |

| PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| OGMEBS8 | 70.91 | 213.67 | PLAN1 E1 | 0.00 | 735.04 |
| PLAN1 E1 | 0.00 | 205.66 | OGMEBS8 | 75.23 | 226.69 |
| AFLAC PT | 0.00 | 117.86 | FICA | 76.46 | 209.12 |
| EYEMEDE1 | 0.00 | 12.30 | MEDI | 17.88 | 48.90 |
| METLIFE1 | 0.00 | 7.46 | METLIFE1 | 0.00 | 28.06 |
| | | | LIFE | 0.00 | 14.74 |
| | | | LTD | 0.00 | 5.84 |
| | | | 08GMEBS | 0.00 | 0.00 |
| | | | GMEBSOLD | 0.00 | 0.00 |
| | | | LIFE 64 | 0.00 | 0.00 |
| | | | Other | 0.00 | 0.00 |

ACATION HOURS: ACCR 6.93 USED 0.00 BAL 77.60 SICK LEAVE HOURS: ACCR 3.70 USED 15.00 BAL 81.70

COMP-TIME HRS: BAL 0.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| | | 949.87 |

EFT NO. 01153164

| DATE | NET AMOUNT |
|---|---|
| 01/31/20 | ******949.87 |

SECURITY FEATURES INCLUDED. DETAILS ON BACK

EFT REMITTANCE

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

| YEAR TO DATE | 4,949.26 | 4,149.76 | 3,348.16 | EXEMPTIONS ADDL TAX | 0 0.00 | 0 0.00 | DLIF | 6.40 | 19.20 |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE | | | |
| REGULAR | 75.0 | 1,233.20 | 4,332.65 | FICA | 65.82 | 274.94 | | | |
| VAC USE | | | 369.97 | FIT | 53.30 | 231.91 | | | |
| SICK USE | | | 246.64 | SIT | 37.75 | 161.76 | | | |
| | | | | MEDI | 15.39 | 64.29 | | | |

| | | | PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| | | | PLAN1 E1 | 102.83 | 308.49 | PLAN1 E1 | 367.52 | 1,102.56 |
| | | | OGMEBS8 | 70.91 | 284.58 | OGMEBS8 | 75.23 | 301.92 |
| | | | AFLAC PT | 58.93 | 176.79 | FICA | 65.82 | 274.94 |
| | | | EYEMEDE1 | 6.15 | 18.45 | MEDI | 15.39 | 64.29 |
| | | | METLIFE1 | 3.73 | 11.19 | METLIFE1 | 14.03 | 42.09 |
| | | | | | | LIFE | 7.37 | 22.11 |
| | | | | | | LTD | 2.90 | 8.74 |
| | | | | | | 08GMEBS | 0.00 | 0.00 |
| | | | | | | GMEBSOLD | 0.00 | 0.00 |
| | | | | | | LIFE 64 | 0.00 | 0.00 |
| | | | | | | Other | 0.00 | 0.00 |

| VACATION HOURS: ACCR | 6.93 | USED | 0.00 | BAL | 84.53 | SICK LEAVE HOURS: ACCR | 3.70 | USED | 0.00 | BAL | 85.40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | COMP-TIME HRS: BAL | | | 0.50 |

THE FADE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

### DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| | | 795.49 |

EFT NO. 01155832

| DATE | NET AMOUNT |
|---|---|
| 02/14/20 | ******795.49 |

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

SECURITY FEATURES INCLUDED. HELD ON BACK

EFT REMITTANCE

| YEAR TO DATE | | | | EXEMPTIONS | | | DLIF | | |
|---|---|---|---|---|---|---|---|---|---|
| 6,182.46 | 5,140.41 | 4,143.65 | | ADDL TAX | 0 | 0 | | 6.40 | 25.60 |
| | | | | | 0.00 | 0.00 | | | |

| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 75.0 | 1,233.20 | 5,565.85 | FICA | 65.82 | 340.76 |
| VAC USE | | | 369.97 | FIT | 53.30 | 285.21 |
| SICK USE | | | 246.64 | SIT | 37.75 | 199.51 |
| | | | | MEDI | 15.39 | 79.68 |

| PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PLAN1 E1 | 102.83 | 411.32 | PLAN1 E1 | 367.52 | 1,470.08 |
| OGMEBS8 | 70.91 | 355.49 | OGMEBS8 | 75.23 | 377.15 |
| AFLAC PT | 58.93 | 235.72 | FICA | 65.82 | 340.76 |
| EYEMEDE1 | 6.15 | 24.60 | MEDI | 15.39 | 79.68 |
| METLIFE1 | 3.73 | 14.92 | METLIFE1 | 14.03 | 56.12 |
| | | | LIFE | 7.37 | 29.48 |
| | | | LTD | 2.90 | 11.64 |
| | | | 08GMEBS | 0.00 | 0.00 |
| | | | GMEBSOLD | 0.00 | 0.00 |
| | | | LIFE 64 | 0.00 | 0.00 |
| | | | Other | 0.00 | 0.00 |

VACATION HOURS: ACCR 6.93   USED 0.00   BAL 91.47   SICK LEAVE HOURS: ACCR 3.70   USED 0.00   BAL 89.10
COMP-TIME HRS: BAL 0.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## DIRECT DEPOSIT INFORMATION

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| 5 | | 795.49 |

EFT NO. 01158474

| DATE | NET AMOUNT |
|---|---|
| 02/28/20 | *******795.49 |

EFT REMITTANCE

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

SECURITY FEATURES INCLUDED. DETAILS ON BACK

| YEAR TO DATE | 7,415.66 | 6,131.06 | 4,939.14 | EXEMPTIONS ADDL TAX | 0 0.00 | 0 0.00 | DLIF | | 6.40 | 32.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE | | | | |
| REGULAR | 60.0 | 986.56 | 6,552.41 | FICA | 65.82 | 406.58 | | | | |
| SICK USE | 15.0 | 246.64 | 493.28 | FIT | 53.30 | 338.51 | | | | |
| VAC USE | | | 369.97 | SIT | 37.75 | 237.26 | | | | |
| | | | | MEDI | 15.39 | 95.07 | | | | |
| | | | | PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | | CURRENT | YEAR TO DATE |
| | | | | PLAN1 E1 | 102.83 | 514.15 | PLAN1 E1 | | 367.52 | 1,837.60 |
| | | | | OGMEBS8 | 70.91 | 426.40 | OGMEBS8 | | 75.23 | 452.38 |
| | | | | AFLAC PT | 58.93 | 294.65 | FICA | | 65.82 | 406.58 |
| | | | | EYEMEDE1 | 6.15 | 30.75 | MEDI | | 15.39 | 95.07 |
| | | | | METLIFE1 | 3.73 | 18.65 | METLIFE1 | | 14.03 | 70.15 |
| | | | | | | | LIFE | | 7.37 | 36.85 |
| | | | | | | | LTD | | 2.90 | 14.54 |
| | | | | | | | 08GMEBS | | 0.00 | 0.00 |
| | | | | | | | GMEBSOLD | | 0.00 | 0.00 |
| | | | | | | | LIFE 64 | | 0.00 | 0.00 |
| | | | | | | | Other | | 0.00 | 0.00 |
| VACATION HOURS: ACCR | 6.93 | USED 0.00 | BAL | 98.40 | SICK LEAVE HOURS: ACCR | 3.70 | USED | 15.00 | BAL | 77.80 |
| | | | | | | | COMP-TIME HRS: BAL | | | 0.50 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**DIRECT DEPOSIT INFORMATION**

| BANK | ACCOUNT | AMOUNT |
|---|---|---|
| | | 795.49 |

EFT NO. 01161117

| DATE | NET AMOUNT |
|---|---|
| 03/13/20 | ******795.49 |

SECURITY FEATURES INCLUDED. SEE DETAILS ON BACK

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

| YEAR TO DATE | 8,648.86 | 7,121.71 | 5,734.63 | EXEMPTIONS | 0 | 0 | DLIF | 6.40 | 38.40 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADDL TAX | 0.00 | 0.00 | | | |

| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 75.0 | 1,233.20 | 7,785.61 | FICA | 65.82 | 472.40 |
| SICK USE | | | 493.28 | FIT | 53.30 | 391.81 |
| VAC USE | | | 369.97 | SIT | 37.75 | 275.01 |
| | | | | MEDI | 15.39 | 110.46 |

| PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PLAN1 E1 | 102.83 | 616.98 | PLAN1 E1 | 367.52 | 2,205.12 |
| OGMEBS8 | 70.91 | 497.31 | OGMEBS8 | 75.23 | 527.61 |
| AFLAC PT | 58.93 | 353.58 | FICA | 65.82 | 472.40 |
| EYEMEDE1 | 6.15 | 36.90 | MEDI | 15.39 | 110.46 |
| METLIFE1 | 3.73 | 22.38 | METLIFE1 | 14.03 | 84.18 |
| | | | LIFE | 7.37 | 44.22 |
| | | | LTD | 2.90 | 17.44 |
| | | | 08GMEBS | 0.00 | 0.00 |
| | | | GMEBSOLD | 0.00 | 0.00 |
| | | | LIFE 64 | 0.00 | 0.00 |
| | | | Other | 0.00 | 0.00 |

VACATION HOURS: ACCR 6.93 USED 0.00 BAL 105.33 SICK LEAVE HOURS: ACCR 3.70 USED 0.00 BAL 81.50
CONTINUE TO BE SAFE COMP-TIME HRS: BAL 0.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## DIRECT DEPOSIT INFORMATION

EFT NO. 01163763

| BANK | ACCOUNT | AMOUNT | DATE | NET AMOUNT |
|---|---|---|---|---|
| | | 795.49 | 03/27/20 | ******795.49 |

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

SECURITY FEATURES INCLUDED. DETAILS ON BACK

| Employee Name: | BARRY A SMITH | | EMP ID: 07255 | DATE: 04/09/20 | | PERIOD ENDING: | 04/03/20 | EFT No.: 01166416 | |
|---|---|---|---|---|---|---|---|---|---|
| | GROSS | TAXABLE | NET PAY | TAX INFO | FEDERAL | STATE | AFTER-TAX DED | CURRENT | YEAR TO DATE |
| CURRENT | 1,233.20 | 990.65 | 795.49 | FILE STATUS | M | H | | | |
| YEAR TO DATE | 9,882.06 | 8,112.36 | 6,530.12 | EXEMTIONS | 0 | 0 | AFLAC AT | 16.50 | 115.50 |
| | | | | ADDL TAX | 0.00 | 0.00 | DLIF | 6.40 | 44.80 |
| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE | | | |
| REGULAR | 45.0 | 739.92 | 8,525.53 | FICA | 65.82 | 538.22 | EMPLOYER PAID | CURRENT | YEAR TO DATE |
| COVID19 | 30.0 | 493.28 | 493.28 | FIT | 53.30 | 445.11 | PLAN1 E1 | 367.52 | 2,572.64 |
| SICK USE | | | 493.28 | SIT | 37.75 | 312.76 | OGMEBS8 | 75.23 | 602.84 |
| VAC USE | | | 369.97 | MEDI | 15.39 | 125.85 | FICA | 65.82 | 538.22 |
| | | | | | | | MEDI | 15.39 | 125.85 |
| | DIRECT DEPOSIT INFORMATION | | | PRE-TAX DED | CURRENT | YEAR TO DATE | METLIFE1 | 14.03 | 98.21 |
| BANK | ACCOUNT | | AMOUNT | | | | LIFE | 7.37 | 51.59 |
| | | | 795.49 | PLAN1 E1 | 102.83 | 719.81 | LTD | 2.90 | 20.34 |
| | | | | OGMEBS8 | 70.91 | 568.22 | 08GMEBS | 0.00 | 0.00 |
| | | | | AFLAC PT | 58.93 | 412.51 | GMEBSOLD | 0.00 | 0.00 |
| | | | | EYEMEDE1 | 6.15 | 43.05 | LIFE 64 | 0.00 | 0.00 |
| | | | | METLIFE1 | 3.73 | 26.11 | Other | 0.00 | 0.00 |

Vacation Hours: ACCR 6.93 USED: 0.00 BAL: 112.27 SICK LEAVE HOURS: ACCR: 3.70 USED: 0.00 BAL: 85.20
COMP-TIME HRS: BAL: 0.50

BARRY A SMITH                                      EMP ID: 07255        DATE 04/24/20   PERIOD ENDING 04/17/20              EFT NO. 01169073

| | GROSS | TAXABLE | NET PAY | TAX INFO | FEDERAL | STATE | AFTER-TAX DED. | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,383.20 | 1,132.03 | 903.13 | FILE STATUS | M | H | AFLAC AT | 16.50 | 132.00 |
| YEAR TO DATE | 11,265.26 | 9,244.39 | 7,433.25 | EXEMPTIONS / ADDL TAX | 0 / 0.00 | 0 / 0.00 | DLIF | 6.40 | 51.20 |

| EARNINGS TYPE | HOURS | CURRENT | YEAR TO DATE | TAXES | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 37.5 | 616.60 | 9,142.13 | FICA | 75.12 | 613.34 |
| COVID19 | 37.5 | 616.60 | 1,109.88 | FIT | 67.43 | 512.54 |
| SICK USE | | | 493.28 | SIT | 45.88 | 358.64 |
| VAC USE | | | 369.97 | MEDI | 17.57 | 143.42 |
| HAZPAY | 30.0 | 150.00 | 150.00 | | | |

| | PRE-TAX DED. | CURRENT | YEAR TO DATE | EMPLOYER PAID | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| | PLAN1 E1 | 102.83 | 822.64 | PLAN1 E1 | 367.52 | 2,940.16 |
| | OGMEBS8 | 79.53 | 647.75 | OGMEBS8 | 84.38 | 687.22 |
| | AFLAC PT | 58.93 | 471.44 | FICA | 75.12 | 613.34 |
| | EYEMEDE1 | 6.15 | 49.20 | MEDI | 17.57 | 143.42 |
| | METLIFE1 | 3.73 | 29.84 | METLIFE1 | 14.03 | 112.24 |
| | | | | LIFE | 7.37 | 58.96 |
| | | | | LTD | 3.25 | 23.59 |
| | | | | 08GMEBS | 0.00 | 0.00 |
| | | | | GMEBSOLD | 0.00 | 0.00 |
| | | | | LIFE 64 | 0.00 | 0.00 |
| | | | | Other | 0.00 | 0.00 |

VACATION HOURS: ACCR 6.93  USED 0.00  BAL  119.20    SICK LEAVE HOURS: ACCR 3.70  USED 0.00  BAL 88.90
                                                                          COMP-TIME HRS: BAL 0.50

DIRECT DEPOSIT INFORMATION                                                  EFT NO. 01169073

| BANK | ACCOUNT | AMOUNT | DATE | NET AMOUNT |
|---|---|---|---|---|
| | | 903.13 | 04/24/20 | ******903.13 |

BARRY A SMITH
2051 FERNWOOD CIRCLE
AUGUSTA GA 30906

EFT REMITTANCE